IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Apolinar,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Peter J. Baum, Administrative Law Judge, et al.,<br><br>　　　　Defendants. | No. CV 06-560-TUC-FRZ (BPV)<br><br>**ORDER** |

Before the Court for consideration is Defendants' Motion to Dismiss Plaintiff's Complaint.

This matter was referred to the United States Magistrate Judge for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United States District Court for the District of Arizona.

Magistrate Judge Bernardo P. Velasco issued his Report and Recommendation, filed June 4, 2008, recommending that the District Court, after its independent review of the record, enter an order granting Defendants' motion to dismiss this action for lack of subject matter jurisdiction over any of Plaintiff's stated claims.

The Report and Recommendation provides a detailed procedural background of this action and the actions previously filed by Plaintiff.

1   Although Plaintiff failed to file a response to Defendants' motion to dismiss, the
2   Magistrate Judge provided a thorough analysis of the issues presented.
3   The parties were advised of the provision to file written objections, and responses
4   thereto, pursuant to 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(b).
5   No objections were filed.
6   The Court, having made an independent review of the record herein, finds that this
7   Court lacks subject matter jurisdiction and that the Report and Recommendation of
8   Magistrate Judge Velasco shall be adopted as the findings of fact and conclusions of law of
9   this Court.
10  Based on the foregoing,
11  **IT IS ORDERED** that the Report and Recommendation [Doc. #27] is hereby
12  **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;
13  **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss Plaintiff's
14  Complaint [Doc. #26] is **GRANTED**;
15  **IT IS FURTHER ORDERED** that judgment shall be entered accordingly.
16
17  DATED this 14th day of July, 2008.

*[Signature: Frank R. Zapata]*
FRANK R. ZAPATA
United States District Judge